IN THE CIRCUIT COURT
OF MONTGOMERY COUNTY, ALABAMA

NANCY REILLY and RON REILLY,       *
                                   *
       Plaintiff,                  *
                                   *
vs.                                *   CIVIL ACTION NO:
                                   *   CV-07-1844-EWR   2:08-CV-00027-WHA
ALFA MUTUAL INSURANCE COMPANY,     *
INC., ALFA BUILDERS INC., et al,   *
                                   *
       Defendants.                 *

## NOTICE TO ADVERSE PARTIES AND STATE COURT REMOVAL

TO:   The Clerk of the Circuit Court of Montgomery County, Alabama
      All Counsel of Record in the Instant Case

Pursuant to 28 U.S.C. §§ 1332 and 1441 *et seq.*, please take notice that on the 9th day of January, 2008, the undersigned as attorney for defendants designated as *ALFA INSURANCE COMPANY, INC. and ALFA BUILDERS, INC.*, filed on said defendants' behalf a Notice of Removal in the United States District Court for the Middle District of Alabama, Northern Division (attached hereto as Exhibit A), to remove the instant cause from the Circuit Court of Montgomery County, Alabama (CV-07-1844) to said United States District Court for the Middle District of Alabama, Northern Division, as required by law.

Respectively submitted,

_____
Don G. DeCoudres
Attorney for Defendants
*ALFA Mutual Insurance Company, Inc.*
*ALFA Builders, Inc.*

**OF COUNSEL**
P.O. Box 36988
Birmingham, Alabama 35236
Telephone:   (205) 988-5463
General Fax: (205) 988-9538
Direct Fax:  (866) 819-6716
Atty Code:   DEC002 / ASB-7867-D56D
E-mail:      Don.DeCoudres2@thehartford.com

## CERTIFICATE OF SERVICE

I, Don G. DeCoudres, do hereby certify to this Court that I have, on January 9, 2008, served a copy of the above and foregoing Notice of Removal upon the following counsel involved in this proceeding by electronic filing and/or placing same in the U.S. mail, first-class and postage prepaid:

> Mr. W. Todd Harvey
> Mr. Peter H. Burke
> *Burke, Harvey & Frankowski, LLC*
> One Highland Place
> 2151 Highland Place
> Birmingham, Alabama 35205

_____
OF COUNSEL