IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NANCY REILLY and RON REILLY,             *

    Plaintiffs,                              *

                                          Case No: 2:08-CV-0027-WHA

v.                                                    *

ALFA MUTUAL INSURANCE COMPANY,   *
INC., ALFA BUILDERS INC., et al,                *
                                          *

    Defendants.                            *

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Come now the undersigned, Don G. DeCoudres, and respectfully requests permission to be admitted Pro Hac Vice to appear before this Honorable Court on behalf of the defendants designated as **ALFA MUTUAL INSURANCE COMPANY, INC. and ALFA BUILDERS, INC.**, in the above styled cause, and submits herewith his Certificate of Good Standing as a member of the Bar of the United States District Court, Northern District of Alabama.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned, Don G. DeCoudres, respectfully requests that this Court allow him admission Pro Hac Vice pursuant to Local Rule 83.1(a)(1)(b)

**NO HEARING NECESSARY**

Respectively submitted,

/s/ Don G. DeCoudres
Don G. DeCoudres
Attorney for Defendants
*ALFA Mutual Insurance Company, Inc.*
*ALFA Builders, Inc.*

**OF COUNSEL**
P.O. Box 36988
Birmingham, Alabama 35236
Telephone:   (205) 988-5463
General Fax:  (205) 988-9538
Direct Fax:    (866) 819-6716
Atty Code:    DEC002 / ASB-7867-D56D
E-mail:        Don.DeCoudres2@thehartford.com

## CERTIFICATE OF SERVICE

I, Don G. DeCoudres, do hereby certify to this Court that I have, on January 9, 2008, served a copy of the above and foregoing Motion for Admission to Practice Pro Hac Vice the following counsel involved in this proceeding by electronic filing and/or placing same in the U.S. mail, first-class and postage prepaid:

        Mr. W. Todd Harvey
        Mr. Peter H. Burke
        *Burke, Harvey & Frankowski, LLC*
        One Highland Place
        2151 Highland Place
        Birmingham, Alabama 35205

_____
OF COUNSEL

UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

### CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **DON G. DeCOUDRES** was duly admitted to practice in said Court on **May 14, 1975**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on January 8, 2008.

SHARON HARRIS, CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NANCY REILLY and RON REILLY, | * |
| Plaintiffs, | * |
| v. | * Case No: 2:08-CV-0027-WHA |
| ALFA MUTUAL INSURANCE COMPANY, INC., ALFA BUILDERS INC., et al, | * |
| Defendants. | * |

# ORDER

Upon Motion for Admission to Practice Pro Hac Vice under Rule 83.1(a)(1)(b) and the Certificate of Good Standing, and it appearing in all respects that the Petitioner has complied with those requirements necessary for admission Pro Hac Vice, it is hereby

**ORDERED, ADJUDGED and DECREED**, that Don G. DeCoudres be admitted Pro Hac Vice to represent the defendants designed in the above captioned matter as **ALFA Mutual Insurance Company, Inc. and ALFA Builders, Inc.**, in this Court, subject to all the conditions set forth under the Local Rules of the United States District Court for the Middle District of Alabama.

**DONE and ORDERED**, this the _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003280
Cashier ID: brobinso
Transaction Date: 01/11/2008
Payer Name: DON DECOUDRES
-----------------------------------
PRO HAC VICE
 For: DON DECOUDRES
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
-----------------------------------
CHECK
 Check/Money Order Num: 4983
 Amt Tendered:  $50.00
-----------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

2:08-CV-27-WHA
```