IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NANCY REILLY and RON REILLY, | * |
| Plaintiffs, | * |
| v. | * Case No: 2:08-CV-0027-WHA |
| ALFA MUTUAL INSURANCE COMPANY, INC., ALFA BUILDERS INC., et al, | * |
| Defendants. | * |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW **ALFA MUTUAL INSURANCE COMPANY, INC.**, a defendant, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

☒  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| ALFA Corporation | Parent Corporation |

Dated: January 9, 2008

_____
Don G. DeCoudres
Attorney for Defendants
*ALFA Mutual Insurance Company, Inc.*
*ALFA Builders, Inc.*

P.O. Box 36988
Birmingham, Alabama 35236
Telephone:    (205) 988-5463
General Fax:  (205) 988-9538
Direct Fax:   (866) 819-6716
Atty Code:    DEC002 / ASB-7867-D56D
E-mail:       Don.DeCoudres2@thehartford.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NANCY REILLY and RON REILLY, | * |
| Plaintiffs, | * |
| v. | * Case No: _____ |
| ALFA MUTUAL INSURANCE COMPANY, INC., ALFA BUILDERS INC., et al, | * |
| Defendants. | * |

**CERTIFICATE OF SERVICE**

    I, Don G. DeCoudres, do hereby certify to this Court that I have, on January 9, 2008, served a copy of the above and foregoing Conflict Disclosure Statement upon the following counsel involved in this proceeding by electronic filing and/or placing same in the U.S. mail, first-class and postage prepaid:

> Mr. W. Todd Harvey
> Mr. Peter H. Burke
> *Burke, Harvey & Frankowski, LLC*
> One Highland Place
> 2151 Highland Place
> Birmingham, Alabama  35205

_____
OF COUNSEL
