IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NANCY REILLY and RON REILLY,

    Plaintiffs,

v.      Case No: 2:08-CV-0027-WHA

ALFA MUTUAL INSURANCE COMPANY,
INC., ALFA BUILDERS INC., et al,

    Defendants.

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Come now the undersigned, Don G. DeCoudres, and respectfully requests permission to be admitted Pro Hac Vice to appear before this Honorable Court on behalf of the defendants designated as **ALFA MUTUAL INSURANCE COMPANY, INC. and ALFA BUILDERS, INC.**, in the above styled cause, and submits herewith his Certificate of Good Standing as a member of the Bar of the United States District Court, Northern District of Alabama.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned, Don G. DeCoudres, respectfully requests that this Court allow him admission Pro Hac Vice pursuant to Local Rule 83.1(a)(1)(b)

**NO HEARING NECESSARY**

Respectfully submitted,

_____
Don G. DeCoudres
Attorney for Defendants
ALFA Mutual Insurance Company, Inc.
ALFA Builders, Inc.

**OF COUNSEL**
P.O. Box 36988
Birmingham, Alabama 35236
Telephone: (205) 988-5463
General Fax: (205) 988-9538
Direct Fax: (866) 819-6716
Atty Code: DEC002 / ASB-7867-D56D
E-mail: Don.DeCoudres2@thehartford.com

MOTION DENIED AS MOOT
THIS _17th_ DAY OF _Jan_, 2008

_____
UNITED STATES DISTRICT JUDGE